No. 144. MORTIMER M. ELKAN, PLAINTIFF IN ERROR, *v.* THE STATE OF MARYLAND. In error to the Court of Appeals of the State of Maryland. Argued and submitted December 17, 1915. Decided December 20, 1915. *Per Curiam.* Judgment affirmed with costs upon the authority of *Atkin* v. *Kansas*, 191 U. S. 207; *Heim* v. *Mc-*

*Call,* 239 U. S., *ante,* p. 175; *Crane* v. *New York,* 239 U. S., *ante,* p. 195. *Mr. Joseph S. Goldsmith* for the plaintiff in error. *Mr. Edgar Allan Poe* for the defendant in error.